United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTO I. ALVARO,

    Plaintiff,

v.

REY REY PRODUCE SFO INC., REY &
REY PRODUCE, INC. and MANUEL
REYNOSO,

    Defendants.

No. C 07-01685 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the applications for right to attach order and order for issuance of writ of attachment as to defendants Manuel Reynoso, Rey & Rey Produce, Inc. and Rey Rey Produce SFO, Inc. in the above captioned matter are HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for May 11, 2007 for these applications is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom