IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTO I. ALVARO,

    Plaintiff,

v.

REY REY PRODUCE SFO INC., REY & REY PRODUCE, INC. and MANUEL REYNOSO,

    Defendants.

No. C 07-01685 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the applications for right to attach order and order for issuance of writ of attachment as to defendants Manuel Reynoso, Rey & Rey Produce, Inc. and Rey Rey Produce SFO, Inc. in the above captioned matter are HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for May 11, 2007 for these applications is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 29, 2007

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

cc: Wings Hom