1  BART M. BOTTA, State Bar No. 167051
2  R. JASON READ, State Bar No. 117561
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
4  Telephone: (949) 752-2911

5
   Attorneys for Defendants
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 

| ROBERTO I. ALVARO, an individual, | CASE NO. C 07-01685 JSW |
|---|---|
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | |
| REY REY PRODUCE SFO, INC., a California Corporation; REY & REY PRODUCE, INC., a California corporation; MANUEL REYNOSO, an individual, | CMC Date: June 29, 2007<br>CMC Time: 1:30 p.m.<br>Before: Honorable Jeffrey S. White<br>Courtroom: Courtroom 2, 17th Floor |
| Defendants. | |

      Plaintiff ROBERTO I. ALVARO ("ALVARO" or "PLAINTIFF") and Defendants REY REY PRODUCE SFO, INC., REY & REY PRODUCE, INC., and MANUEL REYNOSO ("DEFENDANTS"), by and through their counsel of record, hereby stipulate as follows:

07-147/ STIPULATION TO CONTINUE CMC                      1

(i) WHEREAS, PLAINTIFF filed a Complaint against DEFENDANTS on March 23, 2007;

(ii) WHEREAS, DEFENDANTS filed a Motion to Dismiss the Complaint in its entirety on April 18, 2007;

(iii) WHEREAS, PLAINTIFF filed Opposition to DEFENDANTS' Motion to Dismiss on May 11, 2007;

(iv) WHEREAS, DEFENDANTS filed a Reply to the Opposition to the Motion to Dismiss on May 18, 2007;

(v) WHEREAS, a hearing on DEFENDANTS' Motion to Dismiss was held on June 1, 2007 before the Honorable Jeffrey S. White, U.S. District Court Judge;

(vi) WHEREAS, the Honorable Jeffrey S. White set a supplemental briefing schedule on certain limited issues, which provided for submission of an opening brief by PLAINTIFF on or before July 2, 2007; an opposition brief by DEFENDANTS on or before July 16, 2007; and a reply brief by PLAINTIFF on or before July 23, 2007, at which time the matter will be deemed under submission with a written ruling to follow;

(vii) WHEREAS, in light of the jurisdictional issues being addressed in the supplemental briefing schedule in connection with DEFENDANTS' Motion to Dismiss, the parties believe that continuing the Case Management Conference ("CMC") would be the most efficient use of the Court's time and resources, and therefore good cause exists for continuing the CMC until a date and time after the reply brief is submitted on July 23, 2007 and after the Court issues its written ruling on DEFENDANTS' Motion to Dismiss;

/ / / /

/ / / /

/ / / /

IT IS HEREBY STIPULATED, by, between and among the parties hereto, that the CMC shall be continued until a date and time to be set by the Court after PLAINTIFF submits its reply brief on or before July 23, 2007 and after the Court issues a written ruling on DEFENDANTS' Motion to Dismiss.

IT IS SO STIPULATED.

DATED: June 21, 2007                LAW OFFICE OF GREENE, CHAUVEL, DESCALSO & MINOLETTI

By:      /s/
BRANDON L. REEVES, Attorneys for PLAINTIFF
951 Mariner's Island Blvd., Suite 630
San Mateo, CA 94404
Telephone: (650) 573-9500
Facsimile: (650) 573-9689
Email: brandon@greenechauvel.com

DATED:     June 21, 2007            RYNN & JANOWSKY, LLP

By:      /s/
BART M. BOTTA, Attorneys for DEFENDANTS
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
Email: bart@rjlaw.com

07-147/ STIPULATION TO CONTINUE CMC        3

## **ORDER**

Having read and considered the foregoing Stipulation, and good cause appearing, therefore,

IT IS HEREBY ORDERED that the CMC currently on calendar for June 29, 2007 at 1:30 p.m. shall be continued until a date and time to be set by the Court after PLAINTIFF submits the reply brief due on July 23, 2007 and after the Court issues a written ruling on DEFENDANTS' Motion to Dismiss.

DATED: June 25, 2007

*[Signature]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE