IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTO I. ALVARO,

    Plaintiff,

  v.

REY REY PRODUCE SFO INC., et al.

    Defendants.

No. C 07-01685 JSW

**ORDER REQUESTING JOINT STATUS REPORT**

    On June 1, 2007, the Court held a hearing on Defendants' motion to dismiss and ordered supplemental briefing, which was completed on July 23, 2007. The Court HEREBY ORDERS the parties to submit a joint status report on the status of Plaintiff's administrative reparation cases, and on whether while this matter has been under submission they have been able to resolve the matter amongst themselves.

    The parties joint status report shall be due on December 21, 2007.

**IT IS SO ORDERED.**

Dated: December 14, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE